# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| COMMUNITY HEALTH GROUP, et al., | )<br>)|
| Plaintiffs, | )<br>) |
| v. | ) No. 05-1267-CV-W-DW<br>) |
| ESTHER J. DELONEY, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal. (Doc. 16). Plaintiffs move the Court to dismiss this case with prejudice. Pursuant to the Notice, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

Date: October 4, 2006
/s/ DEAN WHIPPLE
Dean Whipple
United States District Court